# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Hinsdale Bank & Trust Company

                                    Plaintiff,

            v.                              Case No.

Harsha Hatti                         Assigned Judge:

                                          Magistrate Judge:

                                Defendants.

## **COMPLAINT FOR BREACH OF GUARANTY**

NOW COMES Plaintiff, Hinsdale Bank & Trust Company (the "Plaintiff" or "Hinsdale"), and for its complaint against defendant Harsha Hatti ("Guarantor") states as follows:

1. This Court has original subject matter jurisdiction in this lawsuit pursuant to 28 U.S.C. §1332(a), because the matter in controversy is between citizens of different states and it exceeds the sum of $75,000, exclusive of interest and costs.

2. This Court has personal jurisdiction over the defendant under 735 ILCS 5/2-209(a) & (b).

3. Venue is proper in this district pursuant to 28 U.S.C. §1391.

4. Plaintiff is a state bank organized under the State of Illinois, the main office of which is located in Hinsdale, Illinois.

5. The defendant, Harsha Hatti, is a citizen of the State of West Virginia, and was at all times referenced in this Complaint, domiciled in Charles Town, West Virginia.

6. On or about August 31, 2017, Plaintiff, extended credit to Hatti Group RE

Chicago LLC ("Borrower") in the amount of $2,500,000.00. As evidence of the Loan, Borrower executed a Promissory Note in favor of Plaintiff dated August 31, 2017, in the principal amount of $2,500,000.00 as modified by a certain Amended and Restated Note executed in October of 2017 (collectively the "Note"). A true and correct copy of the Note is attached hereto as Exhibit A and by express reference made a part hereof.

7. As additional security for the Note, Guarantor executed a certain Guaranty of Payment ("Guaranty") in favor of Plaintiff guarantying payment of all amounts due on the Note. A true and correct copy of the Guaranty is attached hereto as Exhibit B.

8. Borrower allowed numerous Events of Default ("Events of Default") to occur under the terms of the Note, including Borrower's failure to pay the monthly principal and interest payments when due for October 1, 2018 and thereafter.

9. Based upon the Events of Defaults, Plaintiff elected to accelerate the Note, which, under the terms of the Note it is permitted to do without notice.

10. Neither Borrower, nor any party on behalf of Borrower, has paid the Note in full.

11. As of September 11, 2019, there was (a) principal due and owing under the Note in the total amount of $2,426,150.86, (b) interest due and owing under the Note in the total amount of $114,253.67, (c) plus late fees in the amount of $9,792.86, (d) appraisal expenses in the amount of $3,250.00, and (e) additional legal and consultant fees and expenses, appraisal fees, and other costs incurred under the Note.

12. Notwithstanding Borrower's default under the terms of the Note and Guarantor's obligation to pay all amounts due on the Note, Guarantor has not paid the Note

in full, which failure constitutes a default under the terms of the Guaranty.

13. Under the terms of the Guaranty, Guarantor also guaranteed payment of any of attorney's fees and cost incurred by Plaintiff in enforcing its rights under the Note.

14. By reason of the foregoing, as of September 11, 2019, Guarantor is indebted to the Plaintiff in the amount of $2,553,447.39 consisting of (a) principal due and owing under the Note in the total amount of $2,426,150.86, (b) interest due and owing under the Notes in the total amount of $114,253.67, (c) plus late fees in the amount of $9,792.86 (d) appraisal expenses in the amount of $3,250.00 and (e) additional legal and consultant fees and expenses, appraisal fees, and other costs incurred under the Note and Guaranty.

WHEREFORE, the Plaintiff, Hinsdale Bank & Trust Company, requests that this Court enter judgment in its favor and against the defendant, Harsha Hatti in the amount of $2,553,447.39, plus interest, late charges, attorney fees and additional costs due on the Guaranty, and for such other and further relief as is just.

Hinsdale Bank & Trust Company,

By: /s/ Matthew L. Hendricksen
 One of its Attorneys

James M. Crowley (6182597)
Matthew L. Hendricksen (6296720)
Plunkett Cooney, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@plunkettcooney.com
mhendricksen@plunkettcooney.com

Open.26669.84208.22783101-1