IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Hinsdale Bank & Trust Company<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Harsha Hatti<br><br>　　　　　　　　　　Defendants. | Case No.　　19-cv-6121<br><br>Assigned Judge: Ronald A. Guzman<br><br>Magistrate Judge: Gabriel A. Fuentes |

**MOTION FOR CONDITIONAL JUDGMENTS AND FOR RULE TO SHOW CAUSE**

　　NOW COMES Plaintiff, Hinsdale Bank & Trust Company, ("Plaintiff" or "Hinsdale"), by its attorneys, Plunkett Cooney, PC, and, <u>in the event</u> Defendant Harsha Hatti and third party citation respondents Hatti Group, RE, LLC, Corelinq Ventures, LLC, and Corelinq Innovations, LLC (collectively "Third Party Citation Respondents") fail to appear and produce documents at the January 26, 2020 return date on Plaintiff's citation and third party citations to discover assets, moves this Court for entry of a conditional judgment against Third Party Citation Respondents and for Entry of a Rule to Show Cause against Defendant, and in support thereof states as follow:

　　1.　　On January 23, 2020, this Court entered a final judgment in favor of Plaintiff and against Defendant in the amount of $2,963,819.53.　　Doc. 33.

　　2.　　On January 9, 2021, pursuant to 735 ILCS 5/2-1402, Plaintiff served a citation to discover assets upon Defendant and third party citations on Third Party Citation Respondents. Docs. 36-39 (Affidavits of Service), copies of which are attached hereto as Group Exhibit A.

　　3.　　Plaintiff has not yet received any response from Defendants or Third Party Citation Respondents in response to the citations.

−1−

4. <u>In the event</u> that Defendant and Respondents fail to appear at the January 26, 2021 return date, Plaintiff moves this Court to enter conditional judgments against Respondents in the amount of $2,963,819.53. 735 ILCS 5/2-1402(k-3) (court may enter order in citation proceedings that could be entered in garnishment); 735 ILCS 5/12-706 (authorizing entry of conditional judgment); *All-Steel Employees Credit Union v. Singh*, 345 Ill.App.3d 1005, 1009 (2d Dist. 2004) (upholding conditional judgment entered in citation proceeding). Illinois procedure regarding supplementary proceedings governs Plaintiff's citations and this proceeding. Fed. R. Civ. P. 69(a); *Resolution Trust Corp. v Ruggiero*, 994 F.2d 1221, 1226 (7th Cir. 1993).

**WHEREFORE**, Plaintiff, Hinsdale Bank & Trust Company, respectfully requests this Court, <u>in the event that Defendant and Third Party Citation Respondents fail to appear at the January 26, 2021 return date</u>, enter a rule to show cause against Defendant Harsha Hatti, enter conditional judgments against Hatti Group, RE, LLC, Corelinq Ventures, LLC, and Corelinq Innovations, LLC in the amount of $2,963,819.53, and grant such further relief to which Plaintiff is entitled.

                                                     Hinsdale Bank & Trust Company
                                                     By: <u>/s/: Matthew L. Hendricksen</u>
                                                              One of Its Attorneys

James M. Crowley (ARDC#6182597)
Matthew L. Hendricksen (ARDC#6296720)
Plunkett Cooney, P.C.
221 North LaSalle Street
Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@plunkettcooney.com
mhendricksen@plunkettcooney.com

Open.26669.84208.25652004-1

# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Hinsdale Bank & Trust Company**

    Plaintiff(s),

VS.

**Harsha Hatti**

    Defendant(s).

Attorney: Mathew L. Hendricksen

Plunkett Cooney PC
221 N LaSalle St., Ste 1550
Chicago, IL 60601

**Case Number: 19-cv-6121**

Legal document(s) received by State Court Services, Inc. on **01/08/2021** at **10:43 AM** to be served upon **Corelinq Innovations, LLC** at **289 Eastland Drive, Charles Town, WV 25414.**

I, **James A. Dodge**, swear and affirm that on **January 09, 2021** at **12:44 PM**, I did the following:

**Personally served HARSHA HATTI**, a person authorized to accept legal documents on behalf of **Corelinq Innovations, LLC** with a true copy of the **NOTICE OF CITATION; AND THIRD PARTY CITATION TO DISCOVER ASSETS** at **289 Eastland Drive, Charles Town, WV 25414.**

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft9in-6ft0in Weight: 185-200 lbs. Skin Color: Middle Eastern Hair Color: Black/Gray Other Features: Salt and pepper beard

**Supplemental Information Appropriate to this Service:**


**Server Declaration:**
I declare under penalty of perjury that at the time of service I was eighteen years of age or older and was authorized by statute or court appointment to serve legal documents in the state/jurisdiction where service took place. I attest that I am neither a party to, nor have an interest in the above entitled legal matter and that upon information and belief all representations made herein are true and correct.

_James A. Dodge_
Process Server

**State Court Services, Inc.**
**P.O. Box 1004**
**Charles Town, WV 25414**

888-907-3783

Ref. No: 4568

The foregoing instrument was acknowledged before me on this __11th__ day of __January__, 2021, by __James A. Dodge__
who is personally known to me or who has produced as identification _____

Stacey L. Carter
Notary Printed Name / Notary Signature

NOTARY PUBLIC OFFICIAL SEAL
STATE OF WEST VIRGINIA
Stacey L. Carter
PO Box 1004, Charles Town, WV 25414-9998
My Commission Expires July 21, 2023

# AFFIDAVIT OF PROCESS SERVER

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Hinsdale Bank & Trust Company**

    Plaintiff(s),

VS.

**Harsha Hatti**

    Defendant(s).

Attorney: Mathew L. Hendricksen

Plunkett Cooney PC
221 N LaSalle St., Ste 1550
Chicago, IL 60601

**Case Number: 19-cv-6121**

Legal documents received by State Court Services, Inc. on **01/08/2021** at **10:43 AM** to be served upon **Harsha Hatti** at **289 Eastland Drive, Charles Town, WV 25414.**

I, **James A. Dodge**, swear and affirm that on **January 09, 2021** at **12:44 PM**, I did the following:

**Personally served Harsha Hatti** the person listed as the intended recipient of the legal document with a true copy of the **NOTICE OF CITATION; AND CITATION TO DISCOVER ASSETS** at **289 Eastland Drive, Charles Town, WV 25414.**

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft9in-6ft0in Weight: 185-200 lbs. Skin Color: Middle Eastern Hair Color: Black/Gray Other Features: Salt and pepper beard

**Supplemental Information Appropriate to this Service:**

**Server Declaration:**
I declare under penalty of perjury that at the time of service I was eighteen years of age or older and was authorized by statute or court appointment to serve legal documents in the state/jurisdiction where service took place. I attest that I am neither a party to, nor have an interest in the above entitled legal matter and that upon information and belief all representations made herein are true and correct.

_____
**James A. Dodge**
Process Server

**State Court Services, Inc.**
**P.O. Box 1004**
**Charles Town, WV 888-907-3783**

Ref. #: 4565

The foregoing instrument was acknowledged before me on this __11th__ day of __January__, 2021, by __James A. Dodge__
who is personally known to me or who has produced as identification _____

Stacey L. Carter
Notary Printed Name    Notary Signature



NOTARY PUBLIC OFFICIAL SEAL
STATE OF WEST VIRGINIA
Stacey L. Carter
PO Box 1004, Charles Town, WV 25414-9998
My Commission Expires July 21, 2023

# AFFIDAVIT OF PROCESS SERVER

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Hinsdale Bank & Trust Company**

    Plaintiff(s),

VS.

**Harsha Hatti**

    Defendant(s).

Attorney: Mathew L. Hendricksen

Plunkett Cooney PC
221 N LaSalle St., Ste 1550
Chicago, IL 60601

Case Number: 19-cv-6121

Legal document(s) received by State Court Services, Inc. on **01/08/2021** at **10:43 AM** to be served upon **Corelinq Ventures, LLC at 289 Eastland Drive, Charles Town, WV 25414.**

I, **James A. Dodge**, swear and affirm that on **January 09, 2021** at **12:44 PM**, I did the following:

**Personally served HARSHA HATTI**, a person authorized to accept legal documents on behalf of **Corelinq Ventures, LLC** with a true copy of the **NOTICE OF CITATION; AND THIRD PARTY CITATION TO DISCOVER ASSETS** at **289 Eastland Drive, Charles Town, WV 25414.**

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft9in-6ft0in Weight: 185-200 lbs. Skin Color: Middle Eastern Hair Color: Black/Gray Other Features: Salt and pepper beard

**Supplemental Information Appropriate to this Service:**


**Server Declaration:**
I declare under penalty of perjury that at the time of service I was eighteen years of age or older and was authorized by statute or court appointment to serve legal documents in the state/jurisdiction where service took place. I attest that I am neither a party to, nor have an interest in the above entitled legal matter and that upon information and belief all representations made herein are true and correct.

_____
**James A. Dodge**
Process Server

**State Court Services, Inc.**
**P.O. Box 1004**
**Charles Town, WV 25414**

888-907-3783

Ref. No: 4567

The foregoing instrument was acknowledged before me on this __11th__ day of __January__, 2021, by __James A. Dodge__
who is personally known to me or who has produced as identification _____

Stacey L. Carter _____
Notary Printed Name    Notary Signature

NOTARY PUBLIC OFFICIAL SEAL
STATE OF WEST VIRGINIA
Stacey L. Carter
PO Box 1004, Charles Town, WV 25414-9998
My Commission Expires July 21, 2023

# AFFIDAVIT OF PROCESS SERVER

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Hinsdale Bank & Trust Company**

    Plaintiff(s),

VS.

**Harsha Hatti**

    Defendant(s).

Attorney: Mathew L. Hendricksen

Plunkett Cooney PC
221 N LaSalle St., Ste 1550
Chicago, IL 60601

**Case Number: 19-cv-6121**

Legal document(s) received by State Court Services, Inc. on **01/08/2021** at **10:43 AM** to be served upon **Hatti Group RE, LLC** at **289 Eastland Drive, Charles Town, WV 25414.**

I, **James A. Dodge**, swear and affirm that on **January 09, 2021** at **12:44 PM**, I did the following:

**Personally served Harsha Hatti**, a person authorized to accept legal documents on behalf of **Hatti Group RE, LLC** with a true copy of the **NOTICE OF CITATION; AND THIRD PARTY CITATION TO DISCOVER ASSETS** at **289 Eastland Drive, Charles Town, WV 25414.**

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft9in-6ft0in Weight: 185-200 lbs. Skin Color: Middle Eastern Hair Color: Black/Gray Other Features: Salt and pepper beard

**Supplemental Information Appropriate to this Service:**


**Server Declaration:**
I declare under penalty of perjury that at the time of service I was eighteen years of age or older and was authorized by statute or court appointment to serve legal documents in the state/jurisdiction where service took place. I attest that I am neither a party to, nor have an interest in the above entitled legal matter and that upon information and belief all representations made herein are true and correct.

**James A. Dodge**
Process Server

**State Court Services, Inc.**
P.O. Box 1004
Charles Town, WV 25414

888-907-3783

Ref. No: 4566

The foregoing instrument was acknowledged before me on this __11th__ day of __January__, 2021, by __James A. Dodge__ who is personally known to me or who has produced as identification _____

Stacey L. Carter
Notary Printed Name / Notary Signature



NOTARY PUBLIC OFFICIAL SEAL
STATE OF WEST VIRGINIA
Stacey L. Carter
PO Box 1004, Charles Town, WV 25414-9998
My Commission Expires July 21, 2023